Plaintiff's Name Jeffrey, Dickerson
Prisoner No. BU-4177  B4-109
Institutional Address High Desert State Prison
P.O. Box 3030
Susanville, Ca. 96127-3030

**FILED**

FEB 26 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____CW_____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Jeffrey, Dickerson
*(Enter your full name)*

v.

High Desert State Prison
B. Wheeler ADA Coordinator

*(Enter the full name(s) of all defendants in this action)*

Case No. 2:24-cv-0589-EFB (PC)
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **High Desert State Prison**

B. Is there a grievance procedure in this institution?  ☒ YES    ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES    ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: yes, filed a Grievance, I wrote letters to the Warden, Healthcare Appeals Branch, Office of Internal Affairs, OIG PREA Ombudsperson, Prison Law Office

2. First formal level: yes filed a Reasonable Accommodation request 1824 form Log # 51279 # 518713 # 520212 and Log # 507559

*Prisoner Complaint (rev. 12/2020)*                                                                                        Page 1 of 3

3. Second formal level: _yes a 602. Healthcare Grievances Log # 24000008_

4. Third formal level: _yes To Sacramento Healthcare Appeals Board, for review_

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

B. For each defendant, provide full name, official position and place of employment.

_B. Wheeler ADA Coordinator
High Desert State Prison, B yard level II
Building B4_

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_High Desert Prison is not operating in a Constitutional manner, been Denied basic Medical care, No Access to medical Services, Prolonged my Physical Therapy Needs for over 10 months. Risk to my Health and Safety. Cruel and unusual Punishment for my Physical Condition, I got to_

High Desert State Prison May-2023: I was told by B. Wheeler the ADA Coordinator for the last 10 months, Getting a Transfer because they can't provide Physical Therapy. I got a write-up in feb with a D.A. refferal thats not True I got a medical Ducket on feb-8-24 saying my Appointments on feb-12-24 at 12:45. On feb-12-24 medical Staff calls around 8:10 Building B4 control im not there, Im in my Ed Class from 6:45 to 8:45, At 9:05 to 11:05 Im in my computer class, Around 9:20 a CO/STAFF comes in my class asking if Im going to my Appointment, Said yes and showed him my medical Ducket for 12:45, Thats all that was said, They never came to get me at 12:45 and gave me a write up for Disobeying an Order. Not true. They re-scheduled me appointment on feb-15-24, I attended that Appointment. I walked into Prison on a good Leg and Delano State Prison took my Leg saying going to build a new Leg, They built me a Leg all wrong 4 inches to Short. Put me in Wheelchair, May 2023 Sent me to High Desert Prison they built me the Second leg thats wrong they dont measure or cast me. 10 month later Im still in Wheelchair, Im 64 months and hearing and vision impairments, Im American with Disabilities I feel CDC is Discrimination on me, Ive been Cooperating, I have not disobeyed any Orders. CDC is mad because Ive turned in to many 602 Grievances for medical related Issues. I have all Documents to prove my Case, and Im Still Sitting in a Wheelchair. Id like to be able to Walk again.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

$1,000,000. Mental emotional injury and Physical injury

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: Feb-21-2024            x Jeff Dickerson
                Date                    Signature of Plaintiff