UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DICKERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-00589-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. On November 13, 2024, the court dismissed the complaint and granted plaintiff 30 days to file an amended complaint. ECF No. 6. Plaintiff seeks an extension of time because his case documents were destroyed by another inmate. ECF No. 9.

The motion for extension of time (ECF No. 9) is GRANTED, and plaintiff shall file the amended complaint within 30 days of service of this order. The Clerk of Court is directed to send plaintiff a courtesy copy of the court's November 13, 2024 order.

So ordered.

Dated: January 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1