UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DICKERSON,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | No.  2:24-cv-0589-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 11) |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 19, 2025 (ECF No. 11) are adopted in full;

2. The complaint is dismissed without prejudice for failure to state a claim; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**July 21, 2025**__              _____
                                             Dena Coggins
                                             United States District Judge